UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

SATURNINO TATIS NUNEZ,

        Petitioner,                        Case No. 1:21-cv-1087

v.                                              Honorable Paul L. Maloney

DONALD EMERSON,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

Dated:  January 11, 2022                      /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                               United States District Judge